28037. WRIGHT *v.* THE STATE.

GUERRY, J. The assignments of error are upon the general grounds only. The evidence supported the verdict. The court did not err in dismissing the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED FEBRUARY 10, 1940.

*Russell G. Turner*, for plaintiff in error.

*Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw*, contra.